1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DINO CONSTANCE,

                                     Petitioner,

          v.

DONALD HOLBROOK,

                                     Respondent.

CASE NO. C15-5426 RBL-KLS

ORDER GRANTING MOTION FOR
CORRECTIONS AND FOR
CLARIFICATION (DKTS. 7 AND 10)

Petitioner Dino Constance moves the Court to accept corrections to his 28 U.S.C. § 2254 federal habeas petition.  Dkt. 7, at 3.  That motion is **GRANTED.**

In a letter directed to the Court Clerk, Petitioner requests that the Court clarify his obligations regarding the submission of filings exceeding 50 pages.  Dkt. 11.  Pursuant to the order directing service, electronic filers submitting pages exceeding 50 pages must provide a paper copy of the document (with tabs or other organizing aids as necessary) to the Clerk's Office for chambers.  Dkt. 6.  Petitioner is concerned that his initial habeas filing, which was received and docketed by the Court on June 24, 2015 (Dkts. 1 and 2), is not in compliance with this directive.

ORDER GRANTING MOTION FOR
CORRECTIONS AND FOR
CLARIFICATION (DKTS. 7 AND 10) - 1

1        Petitioner is incarcerated at the Washington State Penitentiary, which facility is

2   participating in the Court's mandatory prisoner e-filing program, and therefore, Petitioner must

3   submit all of his court filings electronically.  However, Petitioner is **not** required to provide a

4   courtesy copy of his habeas filing (with tabs) to the Court.

5        Petitioner is directed to use Case No. C15-5426 RBL-KLS to refer to his case.

6        The Clerk is directed to send a copy of this Order to Petitioner and to counsel for

7   Respondent.

8        IT IS SO **ORDERED.**

9        Dated this 16th day of July, 2015.

10

11

12                                Karen L. Strombom

13                                United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION FOR
CORRECTIONS AND FOR
CLARIFICATION (DKTS. 7 AND 10) - 2