UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DINO CONSTANCE,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>DONALD HOLBROOK,<br><br>　　　　　　　　　　Respondent. | No. C15-5426 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Petitioner's motion to withdraw claim and motions to stay, Respondent's response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)　The Court adopts the Report and Recommendation.

(2)　Petitioner's motion to withdraw Claim 9 (Dkt. 20) is **GRANTED;** Petitioner's motions to stay (Dkts. 14 and 21) are **DENIED.**

(3)　Petitioner is **GRANTED** a sixty day extension of time to file his reply; Petitioner's reply shall be filed **on or before November 16, 2015.**

(4)　The Clerk shall **renote** the habeas petition for consideration on **November 20, 2015.**

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1     (5)    This case is **re-referred** to Hon. Karen L. Strombom for further proceedings.

**DATED** this 19th day of October, 2015.

                                                    Ronald B. Leighton
                                                    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2