# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DINO CONSTANCE,<br><br>              Petitioner,<br><br>v.<br><br>DONALD HOLBROOK,<br><br>              Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C15-5426RBL/KLS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Court adopts the Report and Recommendation;

2. The petition for writ of habeas corpus is **DENIED** and **dismissed with prejudice**.

3. The issuance of a certificate of appealability is **DENIED**.

Dated this 2nd day of September, 2016.

                                                        William M. McCool
                                                        Clerk

                                                        *s/CM Gonzalez*
                                                        Deputy Clerk