# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 26, 2017

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Dino Constance
          v. Jeffrey A. Uttecht, Superintendent, Coyote Ridge Corrections
          Center
          No. 17-5358
          (Your No. 16-35789)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 31, 2017 and placed on the docket July 26, 2017 as No. 17-5358.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Melissa Blalock
          Case Analyst