HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DINO CONSTANCE,

          Petitioner,

  v.

DONALD HOLBROOK,

          Defendant.

No. 3:15-cv-05426-RAJ

ORDER

## I.    INTRODUCTION

This matter comes before the Court on Petitioner Dino Constance's ("Petitioner") motion for an extension to file a motion for reconsideration on the Court's Order Denying Petitioner's Motion to Appoint Counsel. Dkt. # 98. On February 26, 2021, Petitioner, proceeding *pro se* while incarcerated, moved the Court for a 21-day extension to file a motion for reconsideration on the Court's order, which was due on March 2, 2021. *Id.* He alleges that he did not receive notice of the order, which was entered on February 16, 2021, until February 18, 2021 and that due to COVID restrictions on law library access, he was unable to obtain access until February 24, 2021. *Id.* at 1. On that day, Petitioner alleges, he was only able to access to the library for three hours. *Id.* at 2. Given such

ORDER – 1

restrictions, Plaintiff requests an extension of 21 days to submit his motion for reconsideration. *Id.*

A court may, for good cause, extend the time by which an act must be done if a request is made before the original time expires. Fed. R. Civ. P. 6(b). According to Local Rule 7(j), "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline," unless the motion is based on a "true, unforeseen emergency." Local Rules W.D. Wash. LCR 7(j). Here, Petitioner provides good cause for an extension of time to file his response based on his limited ability to access legal resources. He also filed his request with sufficient time in advance of the deadline to allow the Court to rule on the motion. The Court therefore **GRANTS** Petitioner's motion for an extension of time to 21 days from the date of this Order.

DATED this 4th day of March, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2